**Order filed July 10, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00384-CV
_____

**MIDTOWN PARK DEVELOPMENT LTD, PAUL T. YOUNG AND HORIZON 2003, LLC, Appellants**

**V.**

**LOUIS F. GOZA, Appellee**

---

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 14-CV-0010**

---

## O R D E R

Appellants' briefs were due June 22, 2018. No brief or motion for extension of time has been filed.

Unless appellants file a brief with this court on or before **July 25, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM